# EXHIBIT C

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT OF THE COMMONWEALTH

HAMPDEN, ss.

SUPERIOR COURT DIVISION
CIVIL ACTION NO.:   **21  0448**

|  |  |
|---|---|
| EILEEN ANDREASSI, <br> *Plaintiff,* <br><br> vs. <br><br> RIVERSIDE PARK ENTERPRISES, INC. <br> d/b/a SIX FLAGS NEW ENGLAND, <br> *Defendant,* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT AND DEMAND
FOR JURY TRIAL**

HAMPDEN COUNTY
SUPERIOR COURT
**FILED**

AUG 2 4 2021

*[signature]*
CLERK OF COURTS

## PARTIES

1.    The Plaintiff, EILEEN ANDREASSI, is a natural person of legal age who resides at 1 Beatty Circle, Herriman, Orange County, State of New York.

2.    The Defendant, RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, is a duly formed business within the Commonwealth with a principal place of business located at 1623 Main Street, Agawam, Hampen County, Commonwealth of Massachusetts; and a Registered Agent, Corporation Service Company, located at 84 State Street, Boston, Suffolk County, Commonwealth of Massachusetts.

## GENERAL FACTUAL ALLEGATIONS

3.    The Plaintiff, EILEEN ANDREASSI, re-alleges and incorporates herein by reference paragraphs one through two of this Complaint.

4.    At all times relevant in this Complaint, the Defendant, RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, owned, operated and/or maintained Six Flags New England Amusement Park located at 1623 Main Street, Agawam, Massachusetts (hereinafter "Premises").

5.    On October 13, 2018, the Plaintiff, EILEEN ANDREASSI, was a lawful patron/guest of the Amusment Park on the Premises.

6.    On October 13, 2018, as the Plaintiff, EILEEN ANDREASSI, was taking photographs on the platform with the shark, when she was caused to fall off of the dark platform with no railings, and was injured.

-1-

7.      As a result of accident, the Plaintiff, EILEEN ANDREASSI, sustained foreseeable injury and required medical treatment.

## COUNT I - NEGLIGENCE

8.      The Plaintiff, EILEEN ANDREASSI, re-alleges and incorporates herein by reference paragraphs one through seven of this Complaint.

9.      The Defendant, RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, had a non-delegable duty of reasonable care to maintain its premises free from dangerous and/or defective conditions, and/or to warn all persons legally on its premises of any dangerous or unsafe conditions on the property.

10.     The Defendant, RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, knew or should have known about the unsafe or dangerous condition that existed with the shark platform, as the platform was dark, made out of dark wood, and no railings present to protect patrons/guests from falling off of the platform.

11.     The Defendant, RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, breached this duty to exercise reasonable care to persons legally on the premises when they failed to maintain its premises free from dangerous and/or defective conditions, and/or to warn the Plaintiff, EILEEN ANDREASSI, of an unsafe and dangerous condition that existed with the shark platform, as the platform was dark, made out of dark wood, and no railings present to protect patrons/guests from falling off of the platform

12.     As a direct and proximate result of the Defendant, RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND'S, negligent failure to maintain its premises free from dangerous and/or defective conditions, and/or its failure to warn the Plaintiff of said dangers, the Plaintiff, EILEEN ANDREASSI, was caused to sustain foreseeable physical bodily injury, suffer great pain of body and mind, and incur substantial expenses for medical treatment of his injuries.

        WHEREFORE, the Plaintiff, EILEEN ANDREASSI, demands judgement against the Defendant, RIVERSIDE PARK ENTERPRISES, INC. d/b/a SIX FLAGS NEW ENGLAND, for an amount reasonable according to the evidence as the Court deems appropriate, together with interest and costs.

## THE PLAINTIFF DEMANDS A TRIAL BY JURY AS TO ALL ISSUES

FOR THE PLAINTIFF,
*Eileen Andreassi*,
By Her Attorney,

Patrick J. McHugh, Esq.
BBO# 564733
PELLEGRINI, SEELEY, RYAN &
BLAKESLEY, P.C.
1150 Hall of Fame Avenue, Suite 2
Springfield, MA 01105
(413) 785-5300 - TEL
(413) 785-5300 - FAX

Dated: 8/17/21